UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FIRSTMERIT BANK, N.A., a nationally chartered bank, as successor in interest to MIDWEST BANK AND TRUST, an Illinois banking corporation,

        Plaintiff,

v.

MERVYN DUKATT and CAROLYN DUKATT,

        Defendants.

No. 11-cv-8903

Hon. Judge Aspen

## PLAINTIFF'S MOTION TO ENTER JUDGMENT

Plaintiff, FirstMerit Bank, N.A., by its undersigned attorneys, pursuant to Federal Rule of Civil Procedure 58(d), hereby moves for the entry of Judgment, and in support states:

1. FirstMerit filed its Complaint for breach of guarantee on December 15, 2011.

2. FirstMerit moved for summary judgment on July 5, 2012. Dkt. # 18.

3. FirstMerit requested judgment for the outstanding principle and interest in the amount of $742,099.00, plus interest at $205.29 per day after June 21, 2012, and costs and attorney fees.

4. This Court granted FirstMerit's motion for summary judgment in its entirety on September 26, 2012. Dkt. # 31.

5. There have been 203 days between June 21, 2012 and January 10, 2013. Therefore, FirstMerit is entitled to $41,673.87 in additional interest payments.

FirstMerit is owed a total of $783,772.87, not counting its costs and attorney fees.

6. First Merit moved for its costs and attorney fees pursuant to the guarantee on October 10, 2012. Dkt. # 32.

7. Magistrate Judge Schenkier entered a report and recommendation on November 26, 2012, recommending that FirstMerit be awarded its costs and attorney fees in the amount of $11,522.79. Dkt. # 41.

8. Defendants failed to file, and therefore waived, any objections to the Report and Recommendation. *Lorentzen v. Anderson Pest Control*, 64 F.3d 327, 330 (7th Cir. 1995).

WHEREFORE, Plaintiff FirstMerit, N.A. respectfully requests that this Court enter Judgment against Defendants in the amount of $795,295.66, such amount consisting of $783,772.87 in principal, interest and fees under the guarantee, and $11,522.79 in costs and attorney fees related to bringing this action, and for all other relief deemed just and fair.

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

/s/ Joseph W. Barber

W. Michael Seidel
Joseph W. Barber
Howard & Howard Attorneys PLLC
200 South Michigan Avenue, Suite 1100
Chicago, IL 60604-2480
Tel: (312) 372-4000  Fax: (312) 939-5617
wms@h2law.com
jwb@h2law.com

Attorneys for FirstMerit Bank

2

**CERTIFICATE OF SERVICE**

    The undersigned attorney, upon oath, hereby certifies that (s)he served a copy of the foregoing Motion for Judgment upon the parties by causing a true and correct copy thereof to be electronically filed and delivered using the Court's ECF system on the 10th day of January, 2013.

                                                  /s/ Joseph W. Barber